## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                    Criminal Number:    14-00054

THOMAS JASON STRICKLAND,

Defendant.

## MOTION FOR AN INDEPENDENT DRUG TEST

Comes now the Defendant, by and through his attorney, and moves this Honorable Court for an Order as follows:

1.       In this case, the Defendant was found to be in possession of three ounces of what is alleged to have been Ice methamphetamine.

2.       Under the Sentencing Guidelines, in order for the substance to be the Ice form of methamphetamine rather than merely a mixture and substance, the material must be at least eighty percent pure methamphetamine.

3.       In order for the Defendant to properly defend himself, the substance alleged to be Ice which was recovered from the Defendant on March 11, 2014, needs to be independently analyzed by a DEA certified toxicologist.

WHEREFORE, the premises considered, the Defendant moves this Honorable Court for an Order directing that the United States turn over to an as yet unnamed independent DEA certified toxicologist the substance seized from

Thomas Jason Strickland on or about March 11, 2014.  The substance will then be

independently analyzed.

Respectfully submitted,

s/Daniel L. McCleave
Attorney for Defendant
McCleave ◊ Denson ◊ Shields, L.L.C.
507 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-2001
Fax: (251) 433-2053
E-mail: dan@madlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2014, the foregoing document was electronically filed using E-File system which will send notification of such filing to the following:

Gloria A. Bedwell, Esq.
Assistant U. S. Attorney
600 Riverview Plaza Office Building
63 South Royal Street
Mobile, Alabama  36602

s/Daniel L.  McCleave