**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                             Criminal Number:   14-00054

THOMAS JASON STRICKLAND,

Defendant.

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE
DEFENDANT'S PRE-TRIAL MOTIONS**

Comes now the Defendant, by and through his attorney, and moves this Honorable Court for an Order as follows:

1. All pre-trial motions are due today, August 7, 2014.

2. Undersigned counsel has had other matters come up making it difficult, if not impossible, to fully evaluate this case. Additionally, undersigned counsel is leaving town today to attend a conference today and will return to the office August 11th.

3. Co-defendants have just been arrested and there are others still to be arrested.

4. It is undersigned counsel's belief that he has not yet received all of the discovery against the Defendant.

5. Assistant U.S. Attorney, Gloria A. Bedwell does not object to the enlargement of time.

WHEREFORE, the premises considered, the Defendant moves this Honorable Court for an Order allowing for an additional two weeks within which to file pre-trial motions.

Respectfully submitted,

> s/Daniel L. McCleave
> Attorney for Defendant
> McCleave ◊ Denson ◊ Shields, L.L.C.
> 507 Church Street
> Mobile, Alabama 36602
> Telephone: (251) 433-2001
> Fax: (251) 433-2053
> E-mail: dan@madlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014, the foregoing document was electronically filed using E-File system which will send notification of such filing to the following:

Gloria A. Bedwell, Esq.
Assistant U. S. Attorney
600 Riverview Plaza Office Building
63 South Royal Street
Mobile, Alabama  36602

> s/Daniel L.  McCleave