IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **Criminal No. 14-00054-CG** |
| | * | |
| **THOMAS JASON STRICKLAND** | * | |

**RESPONSE TO DEFENDANT'S MOTION FOR INDEPENDENT DRUG TEST**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and files its response to the defendant's abovecaptioned motion as follows:

1. The defendant seeks to have the methamphetamine seized in the instant case tested to determine the purity of the methamphetamine at issue. This is so because the applicable guidelines are determined based on the purity of the methamphetamine. For a substance to be deemed methamphetamine "ice," the guidelines require that it be 80% pure methamphetamine. Although the purity of the substance is appropriately proven by circumstantial evidence, the Government has received toxicology reports in the instant case relating to the seized substances. At the time the motion was filed, the Government had produced three of the tox reports in the instant case, which reflected that the substances seized from the codefendants tested at 98.3%; 97.7 %; 96.4 %; 100%; and 96.2 %.   Since the defendant filed his motion, however, the Government has received the tox reports from the drugs seized from the defendant, which tested 85.2 % and 100%.  The Government is providing copies of those reports on this date as supplemental discovery.

2. Accordingly, because the reports reflect the purity of the methamphetamine seized from the defendant, the Government submits that the defendant's abovecaptioned motion is moot.

1

WHEREFORE, the Government submits that the defendant's motion for independent drug testing to determine the purity of the substances at issue is moot.

    Respectfully submitted,

    KENYEN R. BROWN
    UNITED STATES ATTORNEY

    By: s/Gloria A. Bedwell
    Gloria A. Bedwell
    Assistant United States Attorney
    Bedwg1000
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    (251)441-5131 (fax)
    (251)441-5845

## CERTIFICATE OF SERVICE

I certify that I have filed a copy of the same with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant by email, this 8th day of August, 2014.

    s/Gloria A. Bedwell
    Gloria A. Bedwell
    Assistant United States Attorney