IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 14-00054-CG |
| | * | |
| THOMAS JASON STRICKLAND | * | |

## MOTION TO POSTPONE TRIAL

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to postpone the trial in the abovecaptioned case, and as grounds therefore says the following:

1. The defendant was arraigned on or about July 24, 2014 and his case was set for trial during the September, 2014, term of court. Two of the codefendants jointly indicted in this matter were arraigned on or about August 5, 2014, and were set for trial during the October, 2014, term of court. Some of the co-defendants remain fugitives.

2. The Government submits that a continuance of the trial date for the abovecaptioned defendant in this matter to the October trial term is appropriate, so that the jointly indicted co-defendants can be tried together. Ordinarily, defendants who are indicted together should be tried together in the interest of judicial economy. *United States v. Morales*, 868 F.2d 1562, 1571 (11th Cir. 1989). This is particularly true for conspiracy cases. *Id*. This rule recognizes legitimate concerns for preserving judicial economy and the efficacious administration of justice. *See, United States v. Zicree*, 605 F.2d 1381, 1386, 1388 (5th Cir. 1979) (joinder and severance). Furthermore, the Speedy Trial Act provides for excludable time where a continuance is granted by the Court at the request of the defendant, the attorney for the Government or by the Court itself, so long as the Court finds that the ends of justice will best be served, outweighing the best interest of the public and the defendant in a speedy trial. The Government submits that the same is the case

in the matter before the Court.   18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the Government moves the Court to enter an order postponing the trial in the abovecaptioned cases to a later date to allow the jointly indicted defendants to be tried during the same trial term.

> Respectfully submitted,
>
> KENYEN R. BROWN
> UNITED STATES ATTORNEY
>
> By: *s/Gloria A. Bedwell*
> Gloria A. Bedwell bedwg1000
> Assistant United States Attorney
> 63 South Royal Street, Suite 600
> Mobile, Alabama 36602
> (251)441-5131 (fax)
> (251)441-5845

### CERTIFICATE OF SERVICE

I certify that I have filed a copy of the same with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant by email, this 11th day of August, 2014.

> *s/Gloria A. Bedwell*
> Gloria A. Bedwell
> Assistant United States Attorney