**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA    :

VS.                                                  : CRIMINAL NO. 14-00054-CG-C

JEFFERY SCOTT MARKS          :


PRETRIAL CONFERENCE ORDER (GUILTY PLEA)

The defendant named above has notified the Court that he intends to enter a guilty plea to **Count(s) One and Seven of the Indictment/Superseding Indictment**. Accordingly, it is ORDERED that the parties appear before United States District Judge Callie V. S. Granade for the purpose of participating in a guilty plea hearing, pursuant to Fed.R.Cr.P. 11, on **August 19, 2014, at 1:30 p.m**. If the defendant is in custody, the U. S. Marshal is DIRECTED to produce the defendant at the designated time and place.

In order to clearly document the defendant's consent to waive the opportunity to have this case scheduled for trial during the **September, 2014,** criminal term, defense counsel has been instructed to file a "Notice of Intent to Plead Guilty" or a "Plea Agreement," executed by the defendant and at least one attorney representing the defendant. If the plea to be entered is the result of a negotiated plea agreement, said agreement **MUST BE FILED ONE FULL DAY PRIOR TO THE DAY SET**

**FOR ENTRY OF THE PLEA WHETHER IT HAS BEEN EXECUTED OR NOT. An unexecuted plea agreement shall be executed and filed no later than the guilty plea hearing.  Further, if there is no plea agreement, a notice must be filed with the Court stating that it will be a blind plea.**

DONE and ORDERED this 11th day of August, 2014.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE