IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL NO.: 14-00054-CG |
| | * | |
| THOMAS JASON STRICKLAND, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

This matter is before the court on consideration of the Government's motion for a continuance of the trial setting that was filed on August 11, 2014 (Doc. 71), a motion orally joined by the defendant during the pretrial conference. Upon review of the motion and after holding a pretrial conference on August 11, 2014, it is determined that it is necessary to reschedule the trial of this action for the October 2014 term.

Mr. Strickland was jointly indicted with seven other defendants on March 27, 2014 (Doc. 1). However, the defendants that have been arraigned were not arraigned during the same month. Mr. Strickland was arraigned on July 24, 2014 and two of the codefendants were arraigned on August 5, 2014. Mr. Strickland is presently set for trial in September 2014 and his codefendants are scheduled for a trial in October 2014.[1] Defendants who are indicted together are ordinarily joined for trial to promote avoiding successive trials involving the same evidence. The general practice should be followed in this case since the defendants are jointly charged in several counts including conspiracy and possession with the intent to distribute methamphetamine (Doc. 1).

Title18 U.S.C. §3161(h)(6) provides for a reasonable period of delay under certain circumstances in multi-defendant cases. The statute provides, in pertinent part, as follows:

> (h) The following periods of delay shall be excluded in computing the time within which an information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence:
> …

---

[1] There are some codefendants that have not been arrested.

1

   (6) A reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted.

18 U.S.C. §3161(h)(6).

"Congress stressed that 'the purpose of the provision is to make sure that [the Speedy Trial Act] does not alter the present rules on severance of co-defendants by forcing the [g]overnment to prosecute the first defendant separately or to be subject to a speedy trial dismissal motion under section 3162.'" United States v. Varella, 692 F.2d 1352, 1359 (11th Cir. 1982). Therefore, the Court finds that the ends of justice served by continuing this action outweigh the best interest of the public and the defendant in a speedy trial. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(6).

In addition, Mr. Strickland is seeking an independent expert analysis of the drugs recovered. That issue has not been briefed, no defense expert has been identified and the Court has not authorized the expenditure of CJA funds to cover the anticipated costs should the defendant's motion be granted.

Upon consideration of the grounds presented and the Court's record, the motion for a continuance of the trial setting is **GRANTED**. It **ORDERED** that the trial is **CONTINUED** into the month of October with jury selection to commence on **October 6, 2014**.[2] To ensure and document that the defendant personally agrees with this continuance, he shall file a waiver of his Speedy Trial rights not later than **August 18, 2014**. The Clerk of the Court is directed to refer this matter to the appropriate Magistrate Judge for rescheduling a pretrial conference and jury

---

[2] "[ F]or purposes of the [ Speedy Trial] Act, a jury trial commences when the court begins the voir dire." *Bramlett v. U.S.*, 405 Fed.Appx. 363, 366 (11th Cir.(Ga.) Dec 13, 2010) (*citing United States v. Gonzalez*, 671 F. 2d 441, 443 ( 11th Cir. 1982)) *cert. denied Bramlett v. U.S.*, 131 S.Ct. 2122, 179 L.Ed.2d 914, 79 USLW 3592 (U.S. Apr 18, 2011)).

selection.

DONE AND ORDERED this 11th day of August, 2014.

s/WILLIAM E. CASSADY<br>**UNITED STATES MAGISTRATE JUDGE**