IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
AUG 12 2014
CHARLES R. DIARD, JR.
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                           Criminal Number:   14-00054

THOMAS JASON STRICKLAND,

Defendant.

## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant and after consultation with counsel, does hereby waive any claims he may have under the Speedy Trial Act and acknowledges that this cause will be continued from the September, 2014 term to the October, 2014 trial term.

_____
Thomas Jason Strickland
Defendant

Respectfully submitted,

s/Daniel L. McCleave
Attorney for Defendant
McCleave ◊ Denson ◊ Shields, L.L.C.
507 Church Street
Mobile, Alabama 36602
Telephone: (251) 433-2001
Fax: (251) 433-2053
E-mail: dan@madlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2014, the foregoing document was electronically filed using E-File system which will send notification of such filing to the following:

Gloria A. Bedwell, Esq.
Assistant U. S. Attorney
600 Riverview Plaza Office Building
63 South Royal Street
Mobile, Alabama  36602

                                          s/Daniel L. McCleave