# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                  Criminal Number:    14-00054

THOMAS JASON STRICKLAND,

Defendant.

## MOTION TO WITHDRAW MOTION FOR AN INDEPENDENT DRUG TEST

Comes now the Defendant, by and through his attorney, and moves this Honorable Court for an Order to withdraw his Motion for an Independent Drug Test.

Respectfully submitted,

> s/Daniel L. McCleave
> Attorney for Defendant
> McCleave ◊ Denson ◊ Shields, L.L.C.
> 507 Church Street
> Mobile, Alabama 36602
> Telephone: (251) 433-2001
> Fax: (251) 433-2053
> E-mail: dan@madlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, the foregoing document was electronically filed using E-File system which will send notification of such filing to the following:

Gloria A. Bedwell, Esq.
Assistant U. S. Attorney
600 Riverview Plaza Office Building

63 South Royal Street
Mobile, Alabama  36602

                                                  s/Daniel L.  McCleave