```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**     \*
                                \*
**vs.**                                           \*    **CRIMINAL NO. 14-00054-CG-B**
                                \*
**THOMAS JASON STRICKLAND,**     \*
                                \*
    **Defendant.**                     \*

<u>**ORDER**</u>

Pursuant to Magistrate Judge William E. Cassady's Order dated August 11, 2014 (Doc. 75), this action has been **CONTINUED** to the **October, 2014** criminal trial term, which commences with jury selection on **October 6, 2014 at 8:45 a.m.**   This action is hereby scheduled for a pretrial conference on **Tuesday, September 9, 2014 at 9:30 a.m.**, in Courtroom 1-A, before the undersigned United States Magistrate Judge.

**ORDERED** this 14th day of **August, 2014.**

                                                    /S/ SONJA F. BIVINS
                                     **UNITED STATES MAGISTRATE JUDGE**